REV 7/11

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

JOSEPH M. CARTER

(list each defendant appearing at hearing)

Case No.: 1-10-00010-01
Judge: John T. Nixon
Hearing Date:
Location: ☑ Nashville  ○ Columbia  ○ Cookeville
Court Reporter: Peggy Turner
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Brent Hannafan

Defense Attorney(s): Dumaka Shabazz

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant sentenced to 240 Months.

Total Time in Court: 105 Minutes

KEITH THROCKMORTON, Clerk
by: Mary Conner